Craig C. Hoffman (026017)
hoffmanc@ballardspahr.com
Erik L. Johnson (*pro hac vice*)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone:    602.798.5400
Facsimile:    602.798.5595
*Attorney for Defendant*
*Capital One, N.A.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DIANA HARRIS, | NO. 2:25-CV-04760-SMM |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AND CAPITAL ONE N.A. AS SUCCESSOR TO DISCOVER BANK, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN, pursuant to LRCiv 5.2, that on May 29, 2026, Defendant Capital One, N.A. as successor by merger to Discover Bank served the following documents via U.S. Mail and Electronic Mail on Plaintiff Diana Harris:

1.    Responses and Objections to Plaintiff's Interrogatories;

2.    Responses and Objections to Plaintiff's Requests for Admissions; and

3.    Responses and Objections to Plaintiff's Requests for Production.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 29th day of May, 2026.

BALLARD SPAHR LLP

By: /s/ Craig C. Hoffman
     Craig C. Hoffman
     1 East Washington Street, Suite 2300
     Phoenix, AZ 85004-2555

     Erik L. Johnson (*Admitted Pro Hac Vice*)
     johnsonel@ballardspahr.com
     1909 K Street NW, 12th Flor
     Washington, D.C. 20006
     Telephone: 202.661.2216
     Facsimile: 202.661.2299

     *Attorneys for Capital One, N.A.*

**CERTIFICATE OF SERVICE**

I certify that on the 29th day of May, 2026, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

/s/  Craig C. Hoffman
Craig C. Hoffman

2